IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., </br></br> Plaintiffs, </br></br> v. </br></br> TRI-STATE MASONRY SYSTEMS, INC., </br></br> Defendant. | Civil Action No. 06-1949 (RWR) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On December 4, 2006, service of the Summons and Complaint in this action was made upon Tri-State Masonry Systems, Inc., by delivering said documents at 521 B Plymouth Road, Plymouth, PA 19462 upon Lois E. Callice, authorized to accept service on behalf of Tri-State Masonry Systems, Inc.

3. Proof of such service is provided by the Declaration of process server, Michael D. Talone, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 2, 2007

Ira R. Mitzner

**EXHIBIT 1**

EXHIBIT 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

    Plaintiffs,

V.

TRI-STATE MASONRY SYSTEMS, INC.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01949

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/14/2006

TO: (Name and address of Defendant)
TRI-STATE MASONRY SYSTEMS, INC.
521 B Plymouth Road
Plymouth, PA 19462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      NOV 1 4 2006

CLERK      DATE

*(By) DEPUTY CLERK*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  December 04, 2006 |
| NAME OF SERVER *(PRINT)*  Michael D. Talone | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by serving Lois E. Callice, authorized to accept. Service was completed at 521 B Plymouth Road, Plymouth, PA 19462.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　December 05, 2006　　*(signature)*
　　　　　　　　Date　　　　　　　Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
　　　Address of Server　　(202) 667-0050

* Complaint and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.