**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN FLYNN, et al,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-01949 (TFH) |
| | ) |
| **TRI-STATE MASONRY SYSTEMS, INC,** | ) |
| | ) |
| Defendant. | ) |

## SHOW CAUSE ORDER

The Clerk entered default against defendant on January 4, 2007. Since that time, there has been no response from defendant. Therefore, it is hereby

**ORDERED** that defendant show cause why the Court should not enter default judgment against them in this case by March 5, 2007 or default judgment shall be entered against defendant at that time.

_____February 5, 2007

/s/
Thomas F. Hogan
Chief Judge