UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN FLYNN, et al,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. No. 06-01949 (TFH) |
| | ) |
| **TRI-STATE MASONRY SYSTEMS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is Plaintiff's motion for entry of default judgment against Defendant in the amount of $158,289.20. [dkt. 6]. The Clerk entered default against Defendant on January 4, 2007. On February 5, 2007, this Court ordered Defendant to show cause by March 5, 2007, why default judgment should not be entered and gave notice that failure to respond would result in this Court entering default judgment. Defendant failed to respond. Accordingly, the Court **GRANTS** Plaintiff's motion and it is hereby

**ORDERED** that default judgment is entered against Defendant, TRI-STATE MASONRY SYSTEMS, INC., in the amount of $158,289.20.

April 12, 2007

/s/
Thomas F. Hogan
Chief Judge